UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE HUMBERT,

    Petitioner,                                              Case No. 1:10-cv-263

v                                                        HON. JANET T. NEFF

WILLIE SMITH,

    Respondent.
_____/

**FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 101) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 94) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is GRANTED as to the issue of whether Petitioner was denied his right to appellate counsel.

Date: September  5 , 2013                                      /s/ Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge